No. 11-6269. Randy Wilkins, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.

565 U.S. 987, 132 S. Ct. 520, 181 L. Ed. 2d 366, 2011 U.S. LEXIS 7850.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2011 Ark. 169.

No. 11-6274. Eddie Bigham, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.

565 U.S. 987, 132 S. Ct. 543, 181 L. Ed. 2d 366, 2011 U.S. LEXIS 7898.

October 31, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 63 So. 3d 748.

No. 11-6275. Michael Allen, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.

565 U.S. 987, 132 S. Ct. 544, 181 L. Ed. 2d 366, 2011 U.S. LEXIS 7861.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 11-6279. Linart Randolph, Petitioner v. McKither Bodison, Warden.

565 U.S. 987, 132 S. Ct. 520, 181 L. Ed. 2d 366, 2011 U.S. LEXIS 7881,

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 431 Fed. Appx. 227.

No. 11-6284. Leonard J. Porto, III, Petitioner v. City of Laguna Beach, California, et al.

565 U.S. 988, 132 S. Ct. 521, 181 L. Ed. 2d 366, 2011 U.S. LEXIS 7712.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 422 Fed. Appx. 594.

No. 11-6296. Claudio Occhione, Petitioner v. J. Randolph Babbitt, Administrator, Federal Aviation Administration.

565 U.S. 988, 132 S. Ct. 521, 181 L. Ed. 2d 366, 2011 U.S. LEXIS 7771.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 434 Fed. Appx. 255.

No. 11-6312. Mary Amerson, Petitioner v. City of Des Moines, Iowa.

565 U.S. 988, 132 S. Ct. 521, 181 L. Ed. 2d 366, 2011 U.S. LEXIS 7844.

October 31, 2011. Petition for writ of certiorari to the Court of Appeals of Iowa denied.

Same case below, 801 N.W.2d 32.

No. 11-6326. Henry Davis, Petitioner v. Blaine Lafler, Warden.

565 U.S. 988, 132 S. Ct. 522, 181 L. Ed. 2d 366, 2011 U.S. LEXIS 7756.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.